1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  RACHEL CHAVEZ,                         ) NO. CV 10-9691-AHM (MAN)
                                           )
12                      Petitioner,        )
                                           )
13              v.                         ) JUDGMENT
                                           )
14  MARY LATTIMORE,                        )
                                           )
15                      Respondent.        )
   _____)
16

17

18        Pursuant to the Court's Order Denying Motion for Stay and Abeyance,

19

20        IT IS ADJUDGED that the above-captioned action is dismissed without

21  prejudice.

22

23  DATED: January 5, 2011

24

25                             _____
                                       A. HOWARD MATZ
26                             UNITED STATES DISTRICT JUDGE
    **JS-6**
27

28